UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:13-cr-0071-LEW |
| | ) |
| MARK BROWN, | ) |
| | ) |
| Defendant/Petitioner | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 8, 2025, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 79) on Defendant's pro se Motion to Set Aside, or Correct Sentence (2255) (ECF No. 61).

The Defendant filed his Objection to the Recommended Decision (ECF No. 80) on October 27, 2025. I have reviewed and considered the Recommended Decision and Objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 79) is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2255 (ECF No. 61) is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 7th day of January, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge